RICHARD B. MAYER, Appellant, v. ANTONIE P. VOISLAWSKY, Respondent.

— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs; the time for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.